```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA,        :
                                 :
        - v. -                   :   NOTICE OF INTENT TO
                                 :   FILE AN INFORMATION
ANTHONY STIMLER,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x
```



21 CRIM 471

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         June 23, 2021

                                AUDREY STRAUSS
                                United States Attorney


                         By:    _____
                                JULIANA N. MURRAY
                                Assistant United States Attorney


                                AGREED AND CONSENTED TO:

                         By:    _____
                                DAVID S. KRAKOFF, Esq.
                                Attorney for ANTHONY STIMLER