

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 26, 2021

Bail conditions granted.
SO ORDERED.
7/26/2021

*P. Kevin Castel*
United States District Judge

**BY ELECTRONIC MAIL**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States** v. **Anthony Stimler**, 21 Cr. 471 (PKC)

Dear Judge Castel:

The parties write jointly to propose a bail package in the above-captioned matter. The parties submit that the below package would be no greater than necessary to ensure the safety of the community and the defendant's appearance in court. The parties further submit that there is clear and convincing evidence that the defendant "is not likely to flee or pose a danger to the safety of any other person or the community." *See* 18 U.S.C. § 3143. Specifically, the parties propose that the defendant be released subject to the following conditions:

1) The defendant to surrender to the Federal Bureau of Investigation for processing by November 1, 2021;

2) The defendant to reside in the United Kingdom;

3) The defendant to permit the law enforcement officers identified by the Government to monitor the GPS coordinates of his mobile telephone;

4) The defendant to check-in with the law enforcement officers identified by the Government once per week;

5) The defendant to sign a personal recognizance bond in the amount of $500,000, which bond is to be co-signed by two financially responsible persons and secured by $25,000 cash;

July 22, 2021
Page 2

6) The defendant to refrain from travel outside the United Kingdom without advanced permission from the Government;

All conditions are to be met by August 16, 2021, unless otherwise specified.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney for the
      Southern District of New York

By: _____
      Michael C. McGinnis
      Assistant United States Attorney
      (212) 637-2305


      JOSEPH S. BEEMSTERBOER
      Acting Chief, Fraud Section
      Criminal Division
      United States Department of Justice

By:     _____s/_____
      Leila Babaeva
      Trial Attorney


      DEBORAH CONNOR
      Chief, Money Laundering and Asset Recovery Section
      Criminal Division
      United States Department of Justice

By:     _____s/_____
      Michael Khoo
      Trial Attorney