```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :    WAIVER OF INDICTMENT
                                :
         - v. -                 :    21 Cr. 471 (PKC)
                                :
ANTHONY STIMLER,                :
                                :
         Defendant.             :
                                :
- - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of violating Title 15, United States Code, Sections 78dd-3, and Title 18, United States Code, Sections 371, 1956(a)(2)(A), and 1956(h), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
ANTHONY STIMLER
Defendant

_____
Witness

_____
DAVID S. KRAKOFF
Counsel for Defendant

Date:    New York, New York
         July 20, 2021