UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>Anthony Stimler,<br><br>      Defendant. | 1:21-cr-00471-PKC<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

County of ~~Montgomery~~ )
           )
State of __Maryland__ )

I, Nadav Ariel, being duly sworn, hereby deposes and says as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no pending disciplinary proceedings presently against me in any State or Federal Court.

Dated: July 27th, 2021

/s/ Nadav Ariel
Nadav Ariel
Buckley LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Tel: 202-349-8012
Fax: 202-349-8080
nariel@buckleyfirm.com

Subscribed and sworn to before me this __27th__ of July, 2021.

_see attached for notary certificate_
Notary Public

**JURAT**

State/Commonwealth of ____FLORIDA____ )
)
☐ City ☑ County of ____Miami Dade____ )

On __07/27/2021__, before me, ____Mario Heredia____,
     Date                                             Notary Name

the foregoing instrument was subscribed and sworn (or affirmed) before me by:

____Nadav Ariel____.
*Name of Affiant(s)*

☐ Personally known to me -- OR --

☐ Proved to me on the basis of the oath of _____ -- OR --
                                             *Name of Credible Witness*

☑ Proved to me on the basis of satisfactory evidence: ____driver_license____
                                                                *Type of ID Presented*

MARIO HEREDIA
Notary Public - State of Florida
Commission # HH61204
Expires on November 8, 2024

WITNESS my hand and official seal.

Notary Public Signature: ____[signature]____

Notary Name: ____Mario Heredia____
Notary Commission Number: __HH61204__
Notary Commission Expires: __11/08/2024__

*Notarized online using audio-video communication*

**DESCRIPTION OF ATTACHED DOCUMENT**

Title or Type of Document: __Affidavit in Support of Motion for Admission__

Document Date: __07/27/2021__

Number of Pages (including notarial certificate): __2__