**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

United States of America,

                Plaintiff,

        v.

Anthony Stimler,

                Defendant.

1:21-cr-00471-PKC

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON ORAL MOTION**

Upon the oral motion of David Krakoff, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

Applicant's Name:  David S. Krakoff

Firm Name: Buckley LLP

Address: 2001 M Street NW, Suite 500

City / State / Zip: Washington, DC 20036

Telephone / Fax: 202-349-7950 / 202-349-8080

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Anthony Stimler in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated:  8/9/2021

United States District Judge