UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br><br>         v.<br><br>Anthony Stimler,<br>                    Defendant. | No. 1:21-cr-00471 (PKC)<br><br>**NOTICE OF MOTION TO WITHDRAW** |

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Nadav Ariel, the undersigned respectfully moves to pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4 to withdraw as attorney of record for Anthony Stimler.  This request is made because the undersigned will no longer be associated with Buckley LLP as of August 13, 2021.  No parties will be prejudiced in this matter as Buckley LLP will continue their representation as counsel for Anthony Stimler.

Dated: August 12, 2021

                                                    Respectfully submitted,

                                                    /s/ Nadav Ariel
                                                   Nadav Ariel
                                                   Buckley LLP
                                                   2001 M Street NW, Suite 500
                                                   Washington, DC 20036
                                                   Tel: (202) 461-2975
                                                   nariel@buckleyfirm.com