

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 27, 2021

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   ***United States v. Anthony Stimler***, 21 Cr. 471 (PKC)

Dear Judge Castel:

    The parties write jointly to respectfully request a modification of a bail condition in the above-captioned matter. (Dkt. 4.) Specifically, the parties respectfully request that the Court modify bail condition 1, regarding the deadline for the defendant to surrender to the Federal Bureau of Investigation for processing, to permit the defendant to surrender by November 15, 2021. The parties make this request in light of logistical issues associated with securing the requisite travel visa approvals.

                                Respectfully submitted,

                                DAMIAN WILLIAMS
                                United States Attorney for the
                                Southern District of New York

                 By: _____
                                Juliana N. Murray
                                Assistant United States Attorney
                                (212) 637-2314

                                JOSEPH S. BEEMSTERBOER
                                Acting Chief, Fraud Section
                                Criminal Division
                                United States Department of Justice

                 By:        ___*s/*_____
                                Leila Babaeva
                                Trial Attorney

October 27, 2021
Page 2

                DEBORAH CONNOR
                Chief, Money Laundering and Asset Recovery Section
                Criminal Division
                United States Department of Justice

By:     *s/*
        Michael Khoo
        Trial Attorney