

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 18, 2022

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Anthony Stimler*, 21 Cr. 471 (PKC)

Dear Judge Castel:

      The Government respectfully submits this letter in advance of the sentencing control date for Anthony Stimler (the "defendant") in the above-captioned matter, presently scheduled for January 28, 2022 at 9:00 p.m.  The defendant is continuing to cooperate with the Government.  Accordingly, the parties respectfully submit this joint request that the Court adjourn the sentencing control date for approximately six months.

Control date adjourned to
July 28, 2022 at 9:00 a.m.
SO ORDERED.
Dated:  1/19/2022

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for
the Southern District of New York

By: */s/ Juliana N. Murray*
Juliana N. Murray / Michael C. McGinnis
Assistant United States Attorneys
(212) 637-2305

cc:  David Krakoff, Esq. (by ECF)