

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 27, 2021

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Terminate DE 22 as moot.
SO ORDERED.
Dated:  1/19/2022

P. Kevin Castel
United States District Judge

Re:   *United States v. Anthony Stimler*, 21 Cr. 471 (PKC)

Dear Judge Castel:

    The parties write jointly to respectfully request a modification of a bail condition in the above-captioned matter.  (Dkt. 4.)  Specifically, the parties respectfully request that the Court modify bail condition 1, regarding the deadline for the defendant to surrender to the Federal Bureau of Investigation for processing, to permit the defendant to surrender by November 15, 2021.  The parties make this request in light of logistical issues associated with securing the requisite travel visa approvals.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Juliana N. Murray
Assistant United States Attorney
(212) 637-2314

JOSEPH S. BEEMSTERBOER
Acting Chief, Fraud Section
Criminal Division
United States Department of Justice

By:   _____*s/*_____
Leila Babaeva
Trial Attorney

October 27, 2021
Page 2

        DEBORAH CONNOR
        Chief, Money Laundering and Asset Recovery Section
        Criminal Division
        United States Department of Justice

By:    *s/*
       Michael Khoo
       Trial Attorney

October 27, 2021
Page 2

    DEBORAH CONNOR
    Chief, Money Laundering and Asset Recovery Section
    Criminal Division
    United States Department of Justice

By:   *s/*
      Michael Khoo
      Trial Attorney