

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 22, 2022

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Anthony Stimler*, 21 Cr. 471 (PKC)

Dear Judge Castel:

The Government respectfully submits this letter in advance of the sentencing control date for Anthony Stimler (the "defendant") in the above-captioned matter, presently scheduled for July 28, 2022 at 9:00 a.m.  The defendant is continuing to cooperate with the Government.  Accordingly, the parties respectfully submit this joint request that the Court adjourn the sentencing control date for approximately six months.

**Sentencing control date is adjourned to January 27, 2023 at 9:00 a.m.**
**SO ORDERED.**
**Dated:  7/22/2022**

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for
the Southern District of New York

By:   /s
Juliana N. Murray / Michael C. McGinnis
Assistant United States Attorneys
(212) 637-2305

cc:  David Krakoff, Esq. (by ECF)