

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

July 10, 2023

Sentencing control date is adjourned
from July 28, 2023 to February 2, 2023
at 9:00 a.m.
SO ORDERED.
Dated:  July 10, 2023

P. Kevin Castel
United States District Judge

Re:     *United States v. Anthony Stimler*, 21 Cr. 471 (PKC)

Dear Judge Castel:

        The Government respectfully submits this letter in advance of the sentencing control date
for Anthony Stimler (the "defendant") in the above-captioned matter, presently scheduled for July
28, 2023 at 9:00 a.m.   The defendant is continuing to cooperate with the Government.
Accordingly, the parties respectfully submit this joint request that the Court adjourn the sentencing
control date for approximately six months.

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                          United States Attorney for
                          the Southern District of New York

                    By:   ___/s_____
                          Juliana N. Murray
                          Assistant United States Attorney
                          (212) 637-2314

cc: David Krakoff, Esq. (by ECF)