

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 17, 2024

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

   Re: *United States v. Anthony Stimler*, 21 Cr. 471 (PKC)

Dear Judge Castel:

  The Government respectfully submits this letter in advance of the sentencing control date for Anthony Stimler (the "defendant") in the above-captioned matter, presently scheduled for February 2, 2024 at 9:00 a.m. The defendant is continuing to cooperate with the Government. Accordingly, the parties respectfully submit this joint request that the Court adjourn the sentencing control date for approximately six months.

             Respectfully submitted,

             DAMIAN WILLIAMS
             United States Attorney for
             the Southern District of New York

          By:   /s                   
             Juliana N. Murray
             Assistant United States Attorney
             (212) 637-2314

cc:  David Krakoff, Esq. (by ECF)