

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

June 25, 2025

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Anthony Stimler*, 21 Cr. 471 (PKC)

Dear Judge Castel:

    The Government respectfully submits this letter in advance of the sentencing control date for Anthony Stimler (the "defendant") in the above-captioned matter, presently scheduled for July 7, 2025 at 9:00 a.m.  The defendant is continuing to cooperate with the Government.  Accordingly, the parties respectfully submit this joint request that the Court adjourn the sentencing control date for approximately six months.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney for
    the Southern District of New York

By:   /s_____
    Juliana N. Murray
    Assistant United States Attorney
    (212) 637-2314

cc: David Krakoff, Esq. (by ECF)